JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT ATLAS, | ) | CASE NO. ED CV 16-766-FMO (PJW) |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| ROBERT FOX, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: April 28, 2016.

/s/

FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE